KRISTINA L. HILLMAN, Bar No.7752
LAW OFFICES OF KRISTINA L. HILLMAN
Affiliated with Weinberg, Roger & Rosenfeld,
A Professional Corporation
729 Evans Avenue
Reno, Nevada  89512
Telephone:  (775) 770-4832
Facsimile:   (775) 324-5444

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST FUND; CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FUND; CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST FUND; and SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROAD AND HIGHWAY BUILDERS, LLC, a Nevada limited liability company,<br><br>          Defendants. | Case No.   2:11-CV-01579 JCM (VCF) |

## **JUDGMENT**

This Court issued its Order granting summary judgment in favor of Plaintiffs, the Board of Trustees, in their capacities as Trustees of the Construction Industry and Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust; and Trustees of the Southern Nevada Laborers Local 872 Training Trust ("Plaintiffs"), and against Defendant Road and Highway Builders, LLC ("Defendant"), which was signed by the Honorable James C. Mahan on November

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

19, 2012, and filed with the Court on November 19, 2012.  A copy of the Court's Order is attached as Exhibit A.

Having considered the pleadings and arguments in this matter, and good cause appearing,

**JUDGMENT IS HEREBY ENTERED AS FOLLOWS:**

Plaintiffs' Motion for Summary Judgment is granted in its entirety.  Defendant Road and Highway Builders, LLC is ordered to pay to Plaintiffs:

1. Delinquent contributions of $166,946.34;
2. Interest on the delinquent contributions at a rate of fourteen percent (14%) per annum from the due date until the date of judgment of $87,489.22;
3. Liquidated damages in an amount equal to the interest due of $87,489.22;
4. Audit fees of $2,435.19; and
5. Attorneys' fees of $27,420.00 and costs of $1,068.15.

Dated: December 10, 2012

_____
The Honorable James C. Mahan
UNITED STATES DISTRICT JUDGE

129200/693786

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case No. 2:11-CV-01579 JCM VCF