CARL M. HEBERT, ESQ.
Nevada State Bar #250
202 California Avenue
Reno, NV  89509
775-323-5556 (voice)
775-323-5597 ( fax)
carl@cmhebertlaw.com

Counsel for Defendant/Third-Party Plaintiff
Road and Highway Builders, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST FUND; CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FUND; CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST FUND; and SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,

       Plaintiffs,

  vs.

ROAD AND HIGHWAY BUILDERS, LLC, a Nevada limited liability company,

       Defendant.
_____/

ROAD AND HIGHWAY BUILDERS, LLC, a Nevada limited liability company,

       Third-Party Plaintiff,

  vs.

EDITH MARTINEZ,

       Third-Party Defendant.
_____/

**CASE NO. : 2:11-cv-01579-JCM-(VCF)**

**DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT EDITH MARTINEZ**

    On January 25, 2012 defendant Road & Highway Builders, LLC filed its third-party

complaint for express contractual indemnity, equitable indemnity and fraud. The third-party complaint was personally served on third-party defendant Edith Martinez on February 29, 2012, who failed to plead or otherwise defend; consequently, a default was entered on January 30, 2013.

Third-party plaintiff Road & Highway Builders, LLC filed its motion for entry of a default judgment on January 31, 2013.   On March 29, 2013 this Court entered its order directing a default judgment against third-party defendant Martinez on the fraud claim for relief only.  Therefore,

IT IS ORDERED that defendant/third party plaintiff Road & Highway Builders, LLC recover from third-party defendant Edith Martinez the following amounts:

1. $125,000.00, which is the sum paid in settlement by Road & Highway Builders, LLC to the plaintiffs;

2. Prejudgment interest at the rate of 5.25% from February 29, 2013, the date of service of the summons and third-party complaint upon third-party defendant Martinez, to the date of the entry of judgment;

3. Pursuant to 28 U.S.C. §1961, post-judgment interest at the rate of 0.09% until the judgment has been satisfied, and

4. $25,437.50 for attorney's fees as an item of special damages in defending the plaintiffs' suit.

DATED May 22, 2014.

_____
UNITED STATES DISTRICT JUDGE

- 2 -